**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LAMAR DOUGLAS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-2905** |
| | : | |
| **WELLPATH HOLDING, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 18th day of November 2026, upon consideration of Plaintiff Lamar Douglas's Amended Complaint (ECF No. 40), the Motion to Dismiss filed by Defendants Wellpath Holdings and Anthony Letizio (ECF No. 42), Douglas's Response thereto (ECF No. 48), and Douglas's Motion for Default Judgment (ECF Nos. 55), it is **ORDERED** that:

1. The Motion to Dismiss (ECF No. 42) is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **TERMINATE** Defendants Wellpath Holding and Doctor A. Letizio.

3. The Motion for Default Judgment (ECF No. 55) is **DENIED**.

4. The Clerk of Court is **DIRECTED** to send Douglas copies of the Answers filed by Defendants Monique Savage and Britney Huner (ECF No. 41) and R. Setzer, R.N., and Joseph Terra (ECF No. 51).

**BY THE COURT:**

**JOHN F. MURPHY, J.**